No. 632, Misc. WATSON *v.* COLORADO. Sup. Ct. Colo. Certiorari denied. Petitioner *pro se.* *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *James W. Creamer, Jr.,* Assistant Attorney General, for respondent.

No. 825, Misc. GUY *v.* TAHASH, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 861, Misc. BROWN *v.* SUPERIOR COURT OF THE COUNTY OF LOS ANGELES. Sup. Ct. Cal. Certiorari denied.

No. 874, Misc. JACKSON *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 876, Misc. GRIFFIN *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 882, Misc. SYMONS *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 883, Misc. DAVIS *v.* MARYLAND. Ct. App. Md. Certiorari denied. *Robert C. Heeney* and *John F. McAuliffe* for petitioner.

No. 886, Misc. JAMES *v.* ANDERSON, JAIL SUPERINTENDENT, ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox* for the United States.

No. 888, Misc. NASTASIO, AKA NOLETTI *v.* ILLINOIS. C. A. 7th Cir. Certiorari denied.